# IN RE MEYER BROTHERS COFFEE & SPICE COMPANY.

### TRADEMARKS; DESCRIPTIVE WORDS.

Registration as a trademark for coffee of a mark consisting of the representation of a loving cup in connection with the word "Trophy," is properly refused by the Commissioner of Patents, on the ground that the mark is descriptive in that it indicates that the applicant's goods have been recognized as of a superior quality by the presentation of a prize or trophy. (Following *Re National Phonograph Co.*

29 App. D. C. 142; *Worster Brewing Corp.* v. *Rueter & Co.* 30 App.
D. C. 428; *Re Meyer Bros. Coffee & Spice Co.* 32 App. D. C. 277;
and *Re New South Brewery & Ice Co.* 32 App. D. C. 591.)

No. 756.  Patent Appeals.  Submitted March 14, 1912.  Decided April 1,
1912.

HEARING on an appeal from a decision of the Commissioner
of Patents denying registration of a trademark.

*Affirmed.*

The facts are stated in the opinion.

*Mr. James A. Carr* for the appellant.

*Mr. Webster S. Ruckman* for the Commissioner of Patents.

Mr. Chief Justice SHEPARD delivered the opinion of the
Court:

Applicant, The Meyer Brothers Coffee & Spice Company,
appeals from a decision of the Commissioner of Patents deny-
ing registration of a trademark for coffee, which consists of the
representation of a loving cup in connection with the word
"Trophy."

The Commissioner held that the mark is descriptive in that
it indicates that the applicant's goods have been recognized as
of a superior quality by the presentation of a prize or trophy.

The decision is within the principle governing former deci-
sions of this court, and others.   See *Re National Phonograph
Co.* 29 App. D. C. 142; *Worster Brewing Corp.* v. *Rueter &
Co.* 30 App. D. C. 428; *Re Meyer Bros. Coffee & Spice Co.*
32 App. D. C. 277; *Re New South Brewery & Ice Co.* 32 App.
D. C. 591; *Taylor* v. *Gillies,* 59 N. Y. 331, 17 Am. Rep. 333;
*Standard Paint Co.* v. *Trinidad Asphalt Mfg. Co.* 220 U. S.
446–453, 55 L. ed. 536–540, 31 Sup. Ct. Rep. 456.

The decision will be affirmed and this decision certified to
the Commissioner of Patents.          *Affirmed.*